9 A.3d 1025

IN THE MATTER OF KENNETH M. DENTI, AN ATTORNEY AT LAW (ATTORNEY NO. 024641984).

January 11, 2011.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 09–346, recommending that **KENNETH M. DENTI** of **COLUMBUS,** who was admitted to the bar of this State in 1984, be disbarred for violating *RPC* 1.7(a)(2) (conflict of interest) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **KENNETH M. DENTI** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And it appearing to the Court that the DRB correctly concluded that "[a]lthough respondent's conduct did not constitute criminal theft and although he was not charged with knowing misappropriation of law firm funds, he carried out a longstanding and pervasive scheme of defrauding two law firms of which he had been a partner, thereby violating his fiduciary obligation to the members of those law firms. By preparing fictitious time sheets, fabricating clients, and submitting phony expense vouchers, respondent engaged in an insidious plot that, coupled with his obvious untruthful testimony, shows a deficiency of character that compels disbarment[;]"

And good cause appearing;

It is ORDERED that **KENNETH M. DENTI** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that **KENNETH M. DENTI** be and hereby is permanently restrained and enjoined from practicing law and that he comply with *Rule* 1:20-20 dealing with disbarred attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **KENNETH M. DENTI** pursuant to *Rule* 1:21-6 be restrained from disbursement except on application to this Court, for good cause shown, and be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.